UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUILLERMO MARTI *and* FELICIA MARTI JT TEN, *derivatively on behalf of* LIVEPERSON, INC.,

Plaintiffs,

-v-

ROBERT LOCASCIO, JOHN COLLINS, PETER BLOCK, ERNEST CU, BRUCE HANSEN, JILL LAYFIELD, KEVIN C. LAVAN, FRED MOSSLER, VANESSA PEGUEROS, WILLIAM G. WESEMANN, and YAEL ZHENG,

Defendants.

24 Civ. 598 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On March 11, 2024, the Court stayed this derivative action pending resolution of an anticipated motion to dismiss in a related securities class action. Dkt. 11. On November 10, 2026, plaintiffs filed a notice of voluntary dismissal without prejudice and without costs pursuant to Federal Rule of Civil Procedure 41(a). Dkt. 15. The Court hereby lifts the stay and, in light of plaintiffs' notice of voluntary dismissal, dismisses this action without prejudice and without costs. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: November 12, 2026
New York, New York